IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01900-SKC-SBP

SARA SCHMITT, an individual,

    Plaintiff,

v.

UMB FINANCIAL CORPORATION, a Missouri corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Re: Motion for Summary Judgment [ECF No. 53] by U.S. District Judge S. Kato Crews entered on January 7, 2026, it is

    ORDERED that summary judgment is entered in favor of Defendant UMB Financial Corporation and against Plaintiff Sara Schmitt.   It is

    FURTHER ORDERED that Defendants are entitled to an award of costs as may be determined by the Clerk of the Court pursuant to Fed. R. Civ. P 54(d).   It is

    FURTHER ORDERED that this civil action and all claims are dismissed.

    Dated:  January 8, 2026.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL

                                                    By:   s/C. Pearson, Deputy Clerk